**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ARTHUR L. DOOLITTLE                                                                                    PLAINTIFF

V.                                              4:09CV00376 GTE/JTR

PICHOUSKI, Sergeant,
Faulkner County Detention Center, et al.                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A: (a) Plaintiff shall PROCEED with his inadequate medical care, retaliatory disciplinary, and excessive force claims against Defendants Stewart, Lumpkins, Andrews, Bettis, Pichouski, and Hoskins; and (b) all other claims and Defendants are DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. The Clerk is directed to prepare a summons for Defendants Stewart, Lumpkins, Andrews, Bettis, Pichouski, and Hoskins. The United States Marshal is directed to serve the summons, the Complaint (docket entry #2), the Amended Complaint (docket entry #9), the Second

Amended Complaint (docket entry #12), and this Order on those Defendants without prepayment of fees and costs or security therefor.[1]

Dated this 20th day of July, 2009.

/s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer Faulkner County Employees, the individual responding to service shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.