# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ARTHUR L. DOOLITTLE  
PLAINTIFF

V.                                            4:09CV00376 JTR

BETTIS, Officer,  
Faulkner County Detention Center                          DEFENDANT

## ORDER

On December 13, 2010, Plaintiff filed a Statement indicating that he has been released from custody and is currently residing at a private address in Pine Bluff, Arkansas. *See* docket entry #99. In light of his release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis*.

2. Plaintiff shall file, **within thirty days of the entry of this Order**, an Amended Application to Proceed *In Forma Pauperis*.

3. Plaintiff is reminded that the failure to timely and properly comply with this Order will result in this case being dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 4th day of January, 2011.

_____  
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.