IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR DOOLITTLE                                                                                    PLAINTIFF

V.                                          4:09CV00376 JTR

SUEENA BETTIS, Officer,
Faulkner County Detention Center                                                     DEFENDANT

## JUDGMENT

Consistent with the Findings of Fact and Conclusions of Law that were orally made, on the record, during the consent non-jury trial that was held on May 11, 2011, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendant on all claims set forth herein, and that this case is DISMISSED, WITH PREJUDICE.

Dated this \_\_11th\_\_ day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE